AO 240 (Rev. 7/10) (INND Rev. 8/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for prisoners who do not pay the filing fee when they file a new case OR a notice of appeal.*]

*FILED*
OCT 09 2018
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BRANDON MICHAEL TAYLOR,
[*Put your full name on this line.*]

v.

ST. JOSEPH COUNTY JAIL,
[*Put the name of the first person you are suing on this line.*]

Case Number  3:18-cv-841
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## PRISONER MOTION TO PROCEED IN FORMA PAUPERIS

I am a prisoner. I am unable to pre-pay the costs of this case or appeal. I have attached an official copy of my prisoner trust fund account statement showing every transaction for the last six months. I declare **under penalty of perjury** that these statements are true.

_Brenda [signature]_     136994       10-4-18
Signature                Prisoner Number   Date

### OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that every transaction for the last six months (or 31 DAYS months if the prisoner has been here less than six months) is listed on the attached prisoner trust account statement.

_Dep. Poe 301_           10.4.18
Signature of Authorized Officer    Date

_Sp. Dep. Poe_           St. Joe Co. Jail
Printed Name and Job Title       Name of Facility

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

```
                  ST. JOSEPH COUNTY JAIL
                   Resident Account Summary
                Thursday, October 04, 2018  @11:04
```

For CIN: 136994     TAYLOR, BRANDON MICHEAL

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 09/27/2018 | DENTIST | DENTIST 09/26/18 | 15.00 | 0.00 | 42.50 | 0.00 | 09/27/2018 |
| 09/26/2018 | PRESCRIPTIO | RX | 10.00 | 0.00 | 27.50 | 0.00 | 09/26/2018 |
| 09/17/2018 | WRISTBANDS | INC 2018-542 WRISTBAND | 5.00 | 0.00 | 17.50 | 0.00 | 09/17/2018 |
| 11/13/2017 | INDGNT PKG | INDIGENT PKG | 12.50 | 0.00 | 12.50 | 0.00 | 11/13/2017 |
| 10/30/2017 | DOCTOR WO | Write-off Payment for 'DOC | -15.00 | 0.00 | 0.00 | 0.00 | 10/30/2017 |
| 10/30/2017 | WRITE OFF D | Write-off Deposit for 'DOC | 15.00 | 15.00 | 15.00 | 0.00 | 10/30/2017 |
| 03/13/2017 | PRESCRIPTIO | Write-off Payment for 'PRI | -1.00 | 0.00 | 15.00 | 0.00 | 03/13/2017 |
| 03/13/2017 | WRITE OFF D | Write-off Deposit for 'PRI | 1.00 | 1.00 | 16.00 | 0.00 | 03/13/2017 |
| 03/06/2017 | DOCTOR | DR | 15.00 | 0.00 | 16.00 | 0.00 | 03/06/2017 |
| 08/22/2016 | PRESCRIPTIO | PRN 8/20/16 | 1.00 | 0.00 | 1.00 | 0.00 | 08/22/2016 |
| 11/17/2014 | INCOMING | INITIAL DEPOSIT - REINSTAT | 0.00 | 0.00 | 0.00 | 0.00 | 11/17/2014 |
| 05/07/2014 | DEBIT CARD | RELEASE OR CLOSEOUT TRANSA | -6.00 | 0.00 | 0.00 | 0.00 | 05/07/2014 |
| 05/05/2014 | DEPCA | NEW INTAKE-1543 | 6.00 | 6.00 | 0.00 | 0.00 | 05/05/2014 |
| 05/05/2014 | DEBIT CARD | INITIAL DEPOSIT - REINSTAT | 0.00 | 0.00 | 0.00 | 0.00 | 05/05/2014 |
| 02/14/2010 | INCOMING | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | 02/14/2010 |

Brandon M. Taylor #1366944
401 W. Sample St.
South Bend, IN
46601

MAILED FROM
ST. JOSEPH COUNTY JAIL

Clerk, U.S. District Court
204. South Main St.
South Bend, IN
46601